UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/09
```

RENE CANALES, *et al.*,

                Plaintiffs,

-v-

115 BROADWAY CORP, *et al.*,

                Defendants.

No. 09 Civ. 4674 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    This conference currently scheduled for Wednesday August 19, 2009 at 10:00 a.m. is adjourned to Wednesday, August 26, 2009 at 9:30 a.m. in Courtroom 21C, United States District Court, 500 Pearl Street, New York, New York.

SO ORDERED.

Dated:      August 18, 2009
               New York, New York

                                              RICHARD J. SULLIVAN
                                              UNITED STATES DISTRICT JUDGE