UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/9/09
```

RENE CANALES, *et al.*,

          Plaintiffs,

-v-

115 BROADWAY CORP, *et al.*,

          Defendants.

No. 09 Civ. 4674 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

      The Court is in receipt of a letter from Defendants, dated September 8, 2009, requesting that the Court reconsider its order dated August 31, 2009. Defendants' request is granted. The Court will defer resolving Plaintiffs' motion for conditional certification as a collective action pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), until it receives affidavits from both Parties. The affidavits shall be *received* by the Court no later than Friday, September 18, 2009.

SO ORDERED.

Dated:      September 9, 2009
               New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE