UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
RENE CANALES; ALICIO ZAVALA and
ASTRID AIMEÉ ORTIZ, on behalf of themselves
and other similarly situated current and former
employees of defendants,

       Plaintiffs,    09 Civ. 4674 (RJS)

  -against-

115 BROADWAY CORP. d/b/a PANINI & CO.;
120 GREENWICH STREET CAFÉ CORP.
d/b/a FREDDO CAFE and ANGELO
TZORZATOS,

       Defendants.
-------------------------------------------------------X

## CONSENT PURSUANT TO 29 U.S.C. SEC. 216 (b)

1. I wish to become a plaintiff in this action.

2. Pursuant to 29 U.S.C. Sec. 216 (b), I hereby consent to the filing of this action.

Dated: 09.09.09

Signature: _____

Printed Name: Maria Velazquez

Address: 172 w 107 st. Ap. 5r

New York NY 10025

Telephone: (646) 764 08 33